United States Court
Southern District of Texas
**FILED**

MAY 24 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 17 CR 0310 |
| MARCIE LEE HARRISON | § | |

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about April 17, 2017, within the Southern District of Texas, the defendant,

**MARCIE LEE HARRISON,**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States and of an agency in the branch of the United States government, in the performance of official duties while the employee was engaged in, and on account of, the employee's official duties, and did make physical contact with the employee.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

1

ABE MARTINEZ
Acting United States Attorney

By: *Douglas Davis*
DOUGLAS DAVIS
Assistant United States Attorney